UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JERRY EAGLIN AND DEVONDA EAGLIN, | § § § | |
| Plaintiffs, | § § | |
| vs. | § § | CASE NO. 4:14-cv-00699 ALM |
| SAFECO INSURANCE COMPANY OF INDIANA AND BENJAMIN TARQUINIO, | § § § § § | |
| Defendants. | § § | |

NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

The parties respectfully advise the Court that the parties have settled all claims in controversy in the above-referenced case. The final motion to dismiss should be submitted on or before 30 days from the date of this Notice.

If the parties are unable to comply with filing a motion to dismiss within 30 days, they will file the appropriate motion requesting additional time

*s/s Mark D. Tillman*
MARK D. TILLMAN
State Bar No. 00794742
MICHAEL DIKSA
State Bar No. 24012531
TILLMAN BATCHELOR LLP
1320 Greenway Drive, Suite 830
Irving, Texas 75038
Telephone: (214) 492-5720
Facsimile: (214) 492-5721
Email: mark.tillman@tb-llp.com
        mike.diksa@tb-llp.com

**ATTORNEYS FOR DEFENDANTS SAFECO INSURANCE COMPANY OF INDIANA AND BENJAMIN TARQUINIO**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document has been forwarded to all counsel of record via electronic means on the 15th day of July 2015 in accordance with the FEDERAL RULES OF CIVIL PROCEDURE:

Clint Brasher
SBN 2400991
Joe Muckleroy
SBN 24065801
Brasher Law Firm
P.O. Box 2237
Beaumont, Texas 77704
470 Orleans, Suite 970
Beaumont, Texas 77701
Telephone:  (409) 832-3737
Facsimile:  (409) 832-3838
Email: clint@brasherattorney.com
        joe@brasherattorney.com


Danny Ray Scott
SBN 24010920
LOPEZ SCOTT, LLC
719 Flores, Suite 100
San Antonio, Texas 78204
Telephone: (210) 472-2100
Facsimile:  (210) 472-2101
Email:  dscott@lopezscott.com

**ATTORNEYS FOR PLAINTIFFS**
**JERRY EAGLIN and DEVONDA EAGLIN**

                                        *s/s Mark D. Tillman*
                                        MARK D. TILLMAN