UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JERRY EAGLIN AND DEVONDA EAGLIN, | § § § | |
| Plaintiffs, | § § | |
| vs. | § § | CASE NO. 4:14-cv-00699 ALM |
| SAFECO INSURANCE COMPANY OF INDIANA AND BENJAMIN TARQUINIO, | § § § § | |
| Defendants. | § § | |

## ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE

On this day came on to be heard the parties' Joint Motion to Dismiss with Prejudice. Having considered the Motion, the Court is of the opinion that same should be **GRANTED**.

**IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED** that all claims that have been and/or could have been asserted in the above-styled lawsuit are hereby dismissed with prejudice to the re-filing of same, with costs of Court to be taxed against the party incurring the same. All relief not expressly granted herein is DENIED.

**SIGNED this 26th day of August, 2015.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE